# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 20, 2011

142253

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

STEPHEN DEVON HILL,
        Defendant-Appellant.
_____/

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

SC: 142253
COA: 300350
Kalamazoo CC: 1995-000639-FC

On order of the Court, the application for leave to appeal the October 29, 2010 order of the Court of Appeals is considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 20, 2011

_____
Clerk

y0713